IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**DAVID JEROME CRAWFORD**     **PLAINTIFF**
**REG #11307-002**

v.     Case No. 2:13-cv-00020-KGB-HDY

**FEDERAL BUREAU OF PRISONS, et al.**     **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 36). No objections have been filed to those Proposed Findings and Recommendations. After careful consideration, the Court concludes that those Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. The motion for summary judgment filed by defendants T.C. Outlaw, Jason Ford, James Sieja, Christopher Halk, USA, and the Federal Bureau of Prisons is granted in part and denied in part (Dkt. No. 25).

2. Defendants' motion is granted to the extent that plaintiff David Jerome Crawford's claims against the Federal Bureau of Prisons are dismissed without prejudice, and the Federal Bureau of Prisons is to be removed as a party defendant.

3. Defendants' motion is denied in all other respects.

4. The Court has under advisement the second Proposed Findings and Recommendations submitted by Judge Young (Dkt. No. 42), Mr. Crawford's objections (Dkt. No. 44), and defendants' response to Mr. Crawford's objections (Dkt. No. 46).

SO ORDERED this the 25th day of July, 2014.

                                                  Kristine G. Baker
                                                  United States District Judge