IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**DAVID JEROME CRAWFORD**                                                                                     **PLAINTIFF**
**REG #11307-002**

v.                              Case No. 2:13-cv-00020-KGB-HDY

**FEDERAL BUREAU OF PRISONS, et al.**                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge H. David Young (Dkt. No. 42). Plaintiff David Jerome Crawford has filed objections and a statement of necessity (Dkt. Nos. 44, 45), to which defendants have responded (Dkt. No. 46). After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

The Court dismisses with prejudice Mr. Crawford's complaint. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this the 7th day of April, 2015.

_____
Kristine G. Baker
United States District Judge