**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**DAVID JEROME CRAWFORD**                                                                         **PLAINTIFF**
**REG #11307-002**

v.                             Case No. 2:13-cv-00020-KGB-HDY

**FEDERAL BUREAU OF PRISONS, et al.**                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this the 7th day of April, 2015.

_____
Kristine G. Baker
United States District Judge